United States District Court
Southern District of Texas
**ENTERED**
September 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAYLOR MANN, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:15-CV-2995 |
| Q DIRECTIONAL DRILLING LLC D/B/A THE DIRECTIONAL DRILLING COMPANY, | § § § § § | |
| Defendant. | § | |

### **ORDER OF DISMISSAL**

In accordance with the Joint Stipulation filed on August 23, 2016, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 09/19/2016.

_____
The Honorable Alfred H. Bennett
United States District Judge